```
BENJAMIN B. WAGNER
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> JOSE JESUS MADRIZ AGUILAR, and ) <br> DONALD EUGENE REEVES, ) <br> ) <br>     Defendants. ) <br> _____) | D.C. NO. 3:11-cr-0028 CMK <br><br> APPLICATION AND ORDER <br> FOR UNSEALING COMPLAINT |

On August 19, 2011, the complaint was filed in the above-referenced case.  Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint be unsealed.

DATED: August 23, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

                                       By:/s/ Daniel S. McConkie
                                          DANIEL S. McCONKIE
                                          Assistant U.S. Attorney

<u>ORDER</u>

SO ORDERED:

DATED: August 23, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE