**FILED**
October 12, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RONALD REEVES, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:11-cr-365 GEB <br><br> **AMENDED** ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Ronald Reeves; Case 2:11-cr-365 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $50,000.00

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Supervision/Conditions; defendant to be released to the custody of Pretrial Services on Tuesday, 10/18/2011 at 9:00 AM to attend The Effort residential treatment program.

Issued at   Sacramento, CA   on   10/12/2011   at   10:45 a.m.   .

By   /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge