**FILED**

October 12, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )      CASE NUMBER: 2:11-cr-365 GEB
                    Plaintiff,     )
v.                                 )      **AMENDED** ORDER FOR RELEASE
                                   )            OF PERSON IN CUSTODY
RONALD REEVES,                     )
                                   )
                    Defendant.     )
_____    )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release Ronald Reeves; Case 2:11-cr-365 GEB from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

        ___     Release on Personal Recognizance

        ___     Bail Posted in the Sum of _____

         X      Unsecured Appearance Bond in the amount of $50,000.00

        ___     Appearance Bond with 10% Deposit

        ___     Appearance Bond secured by Real Property

        ___     Corporate Surety Bail Bond

         X      (Other) Pretrial Supervision/Conditions; defendant to be released to

                the custody of Pretrial Services on Tuesday, 10/18/2011 at 9:00 AM

                to attend The Effort residential treatment program.


        Issued at   Sacramento, CA   on      10/12/2011      at    10:45 a.m.        .


                              By    /s/ Kendall J. Newman
                                    _____
                                    Kendall J. Newman
                                    United States Magistrate Judge