**FILED**

October 7, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 2:11-cr-365 GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| RONALD REEVES, | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ronald Reeves</u>; Case <u>2:11-cr-365 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

> \_\_     Release on Personal Recognizance
>
> \_\_     Bail Posted in the Sum of _____
>
> _X_     Unsecured Appearance Bond in the amount of <u>$50,000.00</u>
>
> \_\_     Appearance Bond with 10% Deposit
>
> \_\_     Appearance Bond secured by Real Property
>
> \_\_     Corporate Surety Bail Bond
>
> _X_     (Other) <u>Pretrial Supervision/Conditions; defendant to be released to</u>
>
>          <u>the custody of Pretrial Services on Friday, 10/28/2011 at 9:00 AM to</u>
>
>          <u>attend The Effort residential treatment program.</u>

Issued at <u>Sacramento, CA</u> on <u>10/7/2011</u> at <u>3:1 p.m.</u> .

By _____

Kendall J. Newman
United States Magistrate Judge