1  JOHN R. MANNING
   Attorney at Law
2  Ca. St. Bar No. 220874
   1111 H Street, Suite 204
3  Sacramento, CA  95814
   Telephone:  (916) 444-3994
4  jmanninglaw@yahoo.com

5  Attorneys for Defendant
   RONALD REEVES

6

7

8                 IN THE UNITED STATES MAGISTRATE COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES GOVERNMENT,     )     2:11 CR 365 GEB
                                 )
12          Plaintiff,           )
                                 )     STIPULATION AND
13     v.                        )     ORDER MODIFYING CONDITIONS OF
                                 )     RELEASE
   RONALD REEVES,                )
14                               )
            Defendant.           )
15 _____)

16

17      Ronald Reeves, by and through his attorney, John R.

18 Manning, Esq., and the United States of America, by and through

19 its' counsel, Daniel S. McConkie, Jr., Esq., and Pretrial

20 Services Officer Steven Sheehan, hereby jointly agree and

21 stipulate to amend defendant's conditions of release as follows:

22      1. Mr. Reeves shall not be required to appear in Court,

23         before a Magistrate Judge, upon completion of his 90 day

24         inpatient drug treatment at "The Effort."  Mr. Reeves

25         shall be allowed to transfer into a clean and sober,

26         transitional living, residence approved by Pretrial

27         Services.  Should Mr. Reeves request to leave the clean

28         and sober/transitional living program, Pretrial Services

                                   1

1    will place the matter on the calendar before the Court.

2    2. Mr. Reeves shall comply with testing and outpatient

3    counseling as directed by Pretrial Services.

4    3. Mr. Reeves shall remain subject to all terms and

5    conditions of release previously imposed by the Court.

6    Accordingly, all parties and Mr. Reeves agree with the proposed

7

8    modifications articulated herein.

9

Dated: January 13, 2012                    Respectfully submitted,

10

11                                          s/John R. Manning
                                            John R. Manning
12                                          Attorney for Defendant
                                            Ronald Reeves

13

14   Dated: January 13, 2012                Benjamin B. Wagner
                                            United States Attorney
15

                                       by:  /s/ Daniel S. McConkie, Jr.
16                                          Daniel S. McConkie, Jr.
                                            Assistant U.S. Attorney
17

18   IT IS SO ORDERED.

19

Dated: January 13, 2012
20
                                            EDMUND F. BRENNAN
21                                          UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2