JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ, et al.,<br><br>    Defendants. | No. CR-S-11-365 GEB<br><br>STIPULATION AND<br>[PROPOSED ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: April 27, 2012<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Daniel S. McConkie, Jr., Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silva, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Sarah Marshall, John P. Balazs, Esq., counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant German Alvarez Ortega, Preeti K. Bajwa, Esq., counsel for defendant Adam Gutierrez Cruz, Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez, Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., that the status

conference presently set for March 9, 2012 be **continued to April 27, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, March 7, 2012, to and including April 27, 2012. The requested continuance is to allow the defense more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: March 7, 2012                               /s/  Perciliano Martinez
                                                   PERCILIANO MARTINEZ
                                                   Attorney for Defendant
                                                   Jose Aguilar-Madriz

Dated: March 7, 2012                               /s/  John R. Manning
                                                   JOHN R. MANNING
                                                   Attorney for Defendant
                                                   Ronald Reeves

Dated: March 7, 2012                               /s/  Dan F. Koukol
                                                   DAN F. KOUKOL
                                                   Attorney for Defendant
                                                   Artemio Aguilar

Dated: March 7, 2012                               /s/  Carl E. Larson
                                                   CARL E. LARSON
                                                   Attorney for Defendant
                                                   Juan Silva

Dated: March 7, 2012                               /s/  J Toney
                                                   J TONEY
                                                   Attorney for Defendant
                                                   Salvador Silva

Dated: March 7, 2012                               /s/  Michael B. Bigelow
                                                   MICHAEL B. BIGELOW

Attorney for Defendant
David Martinelli

Dated:  March 7, 2012                             /s/  Scott N. Cameron
                                                  SCOTT N. CAMERON
                                                  Attorney for Defendant
                                                  Gregorio Zapien-Mendoza

Dated: March 7, 2012                              /s/  Hayes H. Gable, III
                                                  HAYES H. GABLE, III
                                                  Attorney for Defendant
                                                  Gabino Cuevas-Hernandez

Dated: March 7, 2012                              /s/  John P. Balazs
                                                  JOHN P. BALAZS
                                                  Attorney for Defendant
                                                  Sarah Marshall

Dated: March 7, 2012                              /s/  Clemente M. Jimenez
                                                  CLEMENTE M. JIMENEZ
                                                  Attorney for Defendant
                                                  Moses Puledo Aguilar

Dated: March 7, 2012                              /s/  Preeti K. Bajwa
                                                  PREETI K. BAJWA
                                                  Attorney for Defendant
                                                  German Alvarez Ortega

Dated: March 7, 2012                              /s/  Erin J. Radekin
                                                  ERIN J. RADEKIN
                                                  Attorney for Defendant
                                                  Adan Guitierrez Cruz

Dated: March 7, 2012                              /s/  Kyle R. Knapp
                                                  KYLE R. KNAPP
                                                  Attorney for Defendant
                                                  Manuel Madriz Sanchez

Dated: March 7, 2012                              /s/  Olaf W. Hedberg
                                                  OLAF W. HEDBERG
                                                  Attorney for Defendant
                                                  Pedro Aguilar Aguilar

Dated: March 7, 2012				Benjamin B. Wagner
						United States Attorney

					by:	/s/ Daniel S. McConkie, Jr.
						DANIEL S. MCCONKIE, JR.
						Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-365 GEB |
| Plaintiff, | ) [PROPOSED] ORDER TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| JOSE AGUILAR-MADRIZ, et al., | ) |
| Defendants. | ) |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 7, 2012, to and including April 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the March 9, 2012, status conference shall be continued until April 27, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  3/8/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge