```
 1  CRS 11-365MICHAEL B. BIGELOW
    Attorney at Law
 2  State Bar No. 65211
    331 J Street, Suite 200
 3  Sacramento, CA 95814
    Telephone: (916) 443-0217
 4  Email:LawOffice.mbigelow@gmail.com
    Attorney for Defendant
 5  David Martinelli
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 11-365 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| Vs ) | CONTINUING STATUS AND EXCLUDING TIME |
| ) | |
| DAVID MARTINELLI ) | |
| JOSE AGUILAR-MADRIZ ) | ORDER (Proposed) |
| RONALD REEVES ) | |
| ARTEMO AGUILAR ) | |
| SALVADOR SILVA ) | |
| JUAN SILVA ) | |
| MOSES AGUILAR ) | |
| GERMAN ALVAREZ ORTEGA ) | |
| ADAN CRUZ ) | |
| MANUEL SANCHEZ ) | |
| PEDRO AGUILAR ) | |
| GABINO CUEVAS-HERNANDEZ ) | |
| GREGPROP ZAPIEN-MENDOZA ) | |
| ) | |
| Defendants ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Dan McConkie, Counsel for Plaintiff, and undersigned counsel for all defendants that the status conference scheduled for September 21, 2012 at 9:00 AM, be

-1-

vacated and the matter be continued to this Court's criminal calendar on December 14, 2012,at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to prepare for the defense of this case and to continue negotiations with the prosecution in an effort to reach resolution.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial. The Court is advised that all counsel have conferred about this request, that they have agreed to the December 14, 2012 date, and that all counsel have authorized Mr. Bigelow to sign this stipulation on their behalf.

**IT IS SO STIPULATED**

/S/ DAN MCCONKIE
Dan McConkie, Esq.,                      Dated: September 19, 2012
Assistant United States Attorney
Attorney for Plaintiff


/S/MICHAEL B. BIGELOW                    Dated: September 19, 2012
Michael B. Bigelow
Attorney for Defendant
David Martinelli

-2-

```
/S/PRECILLIANO MARTINEZ            Dated: September 19, 2012
Precilliano Martinez
Attorney for Defendant
Jose Aguilar-Madriz


/S/JOHN MANNING                    Dated: September 19, 2012
John Manning
Attorney for Defendant
Ronald Reeves


/S/DAN KOUKOL                      Dated: September 19, 2012
Dan Koukol
Attorney for Defendant
Artemo Aguilar


/S/CARL LARSON                     Dated: September 19, 2012
Carl Larson
Attorney for Defendant
Juan Silva


/S/J. TONY                         Dated: September 19, 2012
J. Tony
Attorney for Defendant
Salvador Silva


/S/CLIMENTE JIMENEZ                Dated: September 19, 2012
Climmente Jimenez September 19
Attorney for Defendant
Moses Aguilar


/S/MICHAEL LONG                    Dated: September 19, 2012
Michael Long
Attorney for Defendant
German Alvarez Ortega


/S/ERIN RADEKIN                    Dated: September 19, 2012
Erin Radekin
Attorney for Defendant
Adan Cruz
```

| | |
|---|---|
| /S/KYLE KNAPP<br>Kyle Knapp<br>Attorney for Defendant<br>Manuel Sanchez | Dated: September 19, 2012 |
| /S/OLAF HEDBERG<br>Olaf Hedberg<br>Attorney for Defendant<br>Pedro Aguilar | Dated: September 19, 2012 |
| /S/HAYES GABLE<br>Hayes Gable<br>Attorney for Defendant<br>Gabino Cuevas-Hernandez | Dated: September 19, 2012 |
| /S/SCOTT CAMERON<br>Scott Cameron<br>Attorney for Defendant<br>Gregprop Zapien-Mendoza | Dated: September 19, 2012 |

**ORDER (Proposed)**

**IT IS ORDERED:** that pursuant to stipulation the above referenced matter shall be continued until December 14, 2012 at 9:00 PM, and time excluded for the reasons set forth above.

**9/20/12**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-4-