JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ,<br><br>　　　　Defendants. | No. CR-S-11-365-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>Date: February 8, 2013<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

　　　The United States of America through its undersigned counsel, Daniel S. McConkie, Jr., Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silver, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant German Alvarez Ortega, Michael D. Long, Esq., counsel for defendant Adam Gutierrez Cruz,

1

Case 2:11-cr-00365-GEB   Document 152   Filed 12/17/12   Page 2 of 5

Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez, Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on December 14, 2012.

2. By this stipulation, the defendants now move to continue the status conference until February 8, 2013 and to exclude time between December 14, 2012 and February 8, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

   b. Currently the discovery in this case includes 129 pages and two video DVDs.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of December 14, 2012 to February 8, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to

Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 12, 2012                    /s/ Preciliano Martinez
                                            PRECILIANO MARTINEZ
                                            Attorney for Defendant
                                            Jose Aguilar-Madriz

Dated: December 10, 2012                    /s/ John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Ronald Reeves

Dated: December 12, 2012                    /s/ Dan F. Koukol
                                            DAN F. KOUKOL
                                            Attorney for Defendant
                                            Artemio Aguilar

Dated: December 13, 2012                    /s/ Carl E. Larson
                                            CARL E. LARSON
                                            Attorney for Defendant
                                            Juan Silva

Dated: December 12, 2012                    /s/ J Toney
                                            J TONEY
                                            Attorney for Defendant
                                            Salvador Silva

Dated: December 12, 2012                    /s/ Michael B. Bigelow
                                            MICHAEL B. BIGELOW
                                            Attorney for Defendant
                                            David Martinelli

Dated:  December 12, 2012                               /s/ Scott N. Cameron
                                                        SCOTT N. CAMERON
                                                        Attorney for Defendant
                                                        Gregorio Zapien-Mendoza

Dated: December 12, 2012                                /s/  Hayes H. Gable
                                                        HAYES H. GABLE
                                                        Attorney for Defendant
                                                        Gabino Cuevas-Hernandez

Dated: December 12, 2012                                /s/ Clemente Jimenez
                                                        CLEMENTE JIMENEZ
                                                        Attorney for Defendant
                                                        Moses Puledo Aguilar

Dated: December 12, 2012                                /s/  Michael D. Long
                                                        MICHAEL D. LONG
                                                        Attorney for Defendant
                                                        German Alvarez Ortega

Dated: December 12, 2012                                /s/ Erin J. Radekin
                                                        ERIN J. RADEKIN
                                                        Attorney for Defendant
                                                        Adan Guitierrez Cruz

Dated: December 12, 2012                                /s/  Kyle R. Knapp
                                                        KYLE R. KNAPP
                                                        Attorney for Defendant
                                                        Manuel Madriz Sanchez

Dated: December 13, 2012                                /s/  Olaf W. Hedberg
                                                        OLAF W. HEDBERG
                                                        Attorney for Defendant
                                                        Pedro Aguilar Aguilar

Dated: December 11, 2012               Benjamin B. Wagner
                                       United States Attorney

                              by:      /s/  Daniel S. McConkie, Jr.
                                       DANIEL S. MCCONKIE, JR.
                                       Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

**Date: 12/14/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

5