JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RONALD REEVES,<br><br>　　　　Defendant. | CR NO. S-11-365 GEB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE |

　　　　Ronald Reeves, by and through his attorney, John R. Manning, and the United States of America, by and through its counsel, Daniel S. McConkie, and Pretrial Services Officer Steven Sheehan, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

　　　　"You shall participate in a cognitive behavior treatment program as directed by the Pretrial Services Officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

　　　　Accordingly, all parties and Mr. Reeves agree with the above modifications.

1

| | |
|---|---|
| Dated:  December 19, 2012 | Respectfully submitted, |
| | /s/ John R. Manning<br>JOHN R. MANNING<br>Attorney for Defendant<br>Ronald Reeves |
| | /s/ Daniel S. McConkie<br>DANIEL S. McCONKIE<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated: January 14, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE