JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-365-GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| JOSE AGUILAR-MADRIZ, | ) |
| | ) |
| | ) Date:   April 19, 2013 |
| | ) Time:   9:00 a.m. |
| Defendants. | ) Judge:  Honorable Garland E. Burrell, Jr. |
| | ) |
| | ) |

        The United States of America through its undersigned counsel, Daniel S. McConkie, Jr.,

Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz,

Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel

for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E.

Larson, Esq., counsel for defendant Salvador Silver, J Toney, Esq., counsel for defendant David

Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N.

Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq.,

counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant

German Alvarez Ortega, Michael D. Long, Esq., counsel for defendant Adam Gutierrez Cruz,

Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez, Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on February 8, 2013.

2. By this stipulation, the defendants now move to continue the status conference until April 19, 2013 and to exclude time between February 8, 2013 and April 19, 2013 under the Local Code T-4 (to allow defense counsel time to prepare).

3.  The parties agree and stipulate, and request the Court find the following:

    a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

    b. Currently the discovery in this case includes 129 pages and two video DVDs.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 8, 2013 to April 19, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to

Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 5, 2013                              /s/ Preciliano Martinez
                                                     PRECILIANO MARTINEZ
                                                     Attorney for Defendant
                                                     Jose Aguilar-Madriz

Dated: February 5, 2013                              /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Ronald Reeves

Dated: February 5, 2013                              /s/ Dan F. Koukol
                                                     DAN F. KOUKOL
                                                     Attorney for Defendant
                                                     Artemio Aguilar

Dated: February 5, 2013                              /s/  Carl E. Larson
                                                     CARL E. LARSON
                                                     Attorney for Defendant
                                                     Juan Silva

Dated: February 5, 2013                              /s/  J Toney
                                                     J TONEY
                                                     Attorney for Defendant
                                                     Salvador Silva

Dated: February 5, 2013                              /s/ Michael B. Bigelow
                                                     MICHAEL B. BIGELOW
                                                     Attorney for Defendant
                                                     David Martinelli

Dated: February 5, 2013                                    /s/ Scott N. Cameron
                                                           SCOTT N. CAMERON
                                                           Attorney for Defendant
                                                           Gregorio Zapien-Mendoza

Dated: February 5, 2013                                    /s/ Hayes H. Gable
                                                           HAYES H. GABLE
                                                           Attorney for Defendant
                                                           Gabino Cuevas-Hernandez

Dated: February 5, 2013                                    /s/ Clemente Jimenez
                                                           CLEMENTE JIMENEZ
                                                           Attorney for Defendant
                                                           Moses Puledo Aguilar

Dated: February 5, 2013                                    /s/ Michael D. Long
                                                           MICHAEL D. LONG
                                                           Attorney for Defendant
                                                           German Alvarez Ortega

Dated: February 5, 2013                                    /s/ Erin J. Radekin
                                                           ERIN J. RADEKIN
                                                           Attorney for Defendant
                                                           Adan Guitierrez Cruz

Dated: February 5, 2013                                    /s/ Kyle R. Knapp
                                                           KYLE R. KNAPP
                                                           Attorney for Defendant
                                                           Manuel Madriz Sanchez

Dated: February 5, 2013                                    /s/  Olaf W. Hedberg
                                                           OLAF W. HEDBERG
                                                           Attorney for Defendant
                                                           Pedro Aguilar Aguilar

Dated: February 5, 2013                    Benjamin B. Wagner
                                           United States Attorney

                            by:    /s/  Daniel S. McConkie, Jr..
                                   DANIEL S. MCCONKIE, JR.
                                   Assistant U.S. Attorney

## ORDER

    IT IS SO FOUND AND ORDERED.

**Date:  2/7/2013**


                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge