JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE AGUILAR-MADRIZ,

    Defendants.

No. CR-S-11-365-GEB

STIPULATION REGARDING
EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

Date:   June 21, 2013
Time:  9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

      The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silver, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Moses Puledo Aguilar, Clemente M. Jimenez, Esq., counsel for defendant Adam Gutierrez Cruz, Erin J. Radekin, Esq., counsel for defendant Manuel Madriz Sanchez,

Kyle R. Knapp, Esq., and counsel for defendant Pedro Aguilar Aguilar, Olaf W. Hedberg, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on April 19, 2013.

2. By this stipulation, the defendants now move to continue the status conference until June 21, 2013 and to exclude time between April 19, 2013 and June 21, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

    b. Currently the discovery in this case includes 129 pages and two video DVDs.

    c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The Government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of April 19, 2013 to June 21, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request

on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 17, 2013        /s/ Preciliano Martinez
                             PRECILIANO MARTINEZ
                             Attorney for Defendant
                             Jose Aguilar-Madriz

Dated: April 17, 2013        /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Ronald Reeves

Dated: April 17, 2013        /s/ Dan F. Koukol
                             DAN F. KOUKOL
                             Attorney for Defendant
                             Artemio Aguilar

Dated: April 17, 2013        /s/ Carl E. Larson
                             CARL E. LARSON
                             Attorney for Defendant
                             Juan Silva

Dated: April 17, 2013        /s/ J Toney
                             J TONEY
                             Attorney for Defendant
                             Salvador Silva

Dated: April 17, 2013        /s/ Michael B. Bigelow
                             MICHAEL B. BIGELOW
                             Attorney for Defendant
                             David Martinelli

Dated: April 17, 2013                               /s/ Scott N. Cameron
                                                    SCOTT N. CAMERON
                                                    Attorney for Defendant
                                                    Gregorio Zapien-Mendoza

Dated: April 17, 2013                               /s/ Hayes H. Gable
                                                    HAYES H. GABLE
                                                    Attorney for Defendant
                                                    Gabino Cuevas-Hernandez

Dated: April 17, 2013                               /s/ Clemente Jimenez
                                                    CLEMENTE JIMENEZ
                                                    Attorney for Defendant
                                                    Moses Puledo Aguilar

Dated: April 17, 2013                               /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    Adan Guitierrez Cruz

Dated: April 17, 2013                               /s/ Kyle R. Knapp
                                                    KYLE R. KNAPP
                                                    Attorney for Defendant
                                                    Manuel Madriz Sanchez

Dated: April 17, 2013                               /s/ Olaf W. Hedberg
                                                    OLAF W. HEDBERG
                                                    Attorney for Defendant
                                                    Pedro Aguilar Aguilar


Dated: April 17, 2013                               Benjamin B. Wagner
                                                    United States Attorney

                                            by:     /s/ Justin Lee
                                                    JUSTIN LEE
                                                    Assistant U.S. Attorney

**ORDER**

    IT IS SO FOUND AND ORDERED.

4/18/13
                                                    _____
                                                    GARLAND E. BURRELL, JR.
                                                    U.S. DISTRICT JUDGE

4