JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ, et al.<br><br>　　　　Defendants. | No. CR-S-11-365-GEB<br><br>STIPULATION REGARDING<br>EXCLUDABLE TIME PERIODS<br>UNDER SPEEDY TRIAL ACT;<br>[PROPOSED] FINDINGS AND ORDER<br><br>Date:　September 13, 2013<br>Time:　9:00 a.m.<br>Judge:　Honorable Garland E. Burrell, Jr. |

　　　　The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Jose Aguilar-Madriz, Preciliano Martinez, Esq., counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silva, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., counsel for defendant Moses Puledo Aguilar, Clemente Jimenez, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on August 2, 2013.

2. By this stipulation, the defendants now move to continue the status conference until September 13, 2013 and to exclude time between August 2, 2013 and September 13, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

   b. Currently the discovery in this case includes 129 pages and two video DVDs.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 2, 2013 to September 13, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 26, 2013                                  /s/ Preciliano Martinez
                                                      PRECILIANO MARTINEZ
                                                      Attorney for Defendant
                                                      Jose Aguilar-Madriz

Dated: July 26, 2013                                  /s/ John R. Manning
                                                      JOHN R. MANNING
                                                      Attorney for Defendant
                                                      Ronald Reeves

Dated: July 26, 2013                                  /s/ Dan F. Koukol
                                                      DAN F. KOUKOL
                                                      Attorney for Defendant
                                                      Artemio Aguilar

Dated: July 26, 2013                                  /s/ Carl E. Larson
                                                      CARL E. LARSON
                                                      Attorney for Defendant
                                                      Juan Silva

Dated: July 26, 2013                                  /s/ J Toney
                                                      J TONEY
                                                      Attorney for Defendant
                                                      Salvador Silva

Dated: July 26, 2013                                  /s/ Michael B. Bigelow
                                                      MICHAEL B. BIGELOW
                                                      Attorney for Defendant
                                                      David Martinelli

Dated: July 26, 2013                                  /s/ Scott N. Cameron
                                                      SCOTT N. CAMERON
                                                      Attorney for Defendant
                                                      Gregorio Zapien-Mendoza

///

Dated: July 26, 2013                               /s/ Hayes H. Gable
                                                   HAYES H. GABLE
                                                   Attorney for Defendant
                                                   Gabino Cuevas-Hernandez

Dated: July 26, 2013                                /s/ Clemente Jimenez
                                                   CLEMENTE JIMENEZ
                                                   Attorney for Defendant
                                                   Moses Puledo Aguilar

Dated: July 26, 2013                               Benjamin B. Wagner
                                                   United States Attorney

                                            by:    /s/  Justin Lee
                                                   JUSTIN LEE
                                                   Assistant U.S. Attorney


**ORDER**

   IT IS SO FOUND AND ORDERED .

**Date: 8/1/2013**


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

4