JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-365-GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| JOSE AGUILAR-MADRIZ, et al. | ) |
| | ) |
| | ) Date:    October 25, 2013 |
| | ) Time:    9:00 a.m. |
| Defendants. | ) Judge:  Honorable Garland E. Burrell, Jr. |
| | ) |
| | ) |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Ronald Reeves, John R. Manning, Esq., counsel for defendant Artemio Aguilar, Dan F. Koukol, Esq., counsel for defendant Juan Silva, Carl E. Larson, Esq., counsel for defendant Salvador Silva, J Toney, Esq., counsel for defendant David Martinelli, Michael B. Bigelow, Esq., counsel for defendant Gregorio Zapien-Mendoza, Scott N. Cameron, Esq., counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., and counsel for defendant Moses Puledo Aguilar, Clemente Jimenez, Esq., hereby stipulate the following:

1.  By previous order, this matter was set for status conference on September 13, 2013.

2.   By this stipulation, the defendants now move to continue the status conference until October 25, 2013 and to exclude time between September 13, 2013 and October 25, 2013 under the Local CodeT-4 (to allow defense counsel time to prepare).

3.   The parties agree and stipulate, and request the Court find the following:

    a.   Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

    b.   Currently the discovery in this case includes 129 pages and two video DVDs.

    c.   Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.   The Government does not object to the continuance.

    e.   Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

    f.   For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of September 13, 2013 to October 25, 2013, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 10, 2013                    /s/  John R. Manning
                                             JOHN R. MANNING
                                             Attorney for Defendant
                                             Ronald Reeves

Dated: September 10, 2013                    /s/ Dan F. Koukol
                                             DAN F. KOUKOL
                                             Attorney for Defendant
                                             Artemio Aguilar

Dated: September 10, 2013                    /s/ Carl E. Larson
                                             CARL E. LARSON
                                             Attorney for Defendant
                                             Juan Silva

Dated: September 10, 2013                    /s/ J Toney
                                             J TONEY
                                             Attorney for Defendant
                                             Salvador Silva

Dated: September 10, 2013                    /s/ Michael B. Bigelow
                                             MICHAEL B. BIGELOW
                                             Attorney for Defendant
                                             David Martinelli

Dated: September 10, 2013                    /s/ Scott N. Cameron
                                             SCOTT N. CAMERON
                                             Attorney for Defendant
                                             Gregorio Zapien-Mendoza

Dated: September 10, 2013                    /s/ Hayes H. Gable
                                             HAYES H. GABLE
                                             Attorney for Defendant
                                             Gabino Cuevas-Hernandez

///

Dated: September 10, 2013        /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
Moses Puledo Aguilar

Dated: September 11, 2013        Benjamin B. Wagner
United States Attorney

by:    /s/  Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

# ORDER

IT IS SO FOUND AND ORDERED .

Dated:  September 13, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

4