CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for MOSES PULIDO-AGUILAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE AGUILAR-MADRIZ, et al.,<br><br>Defendants. | Case No.: 11-365 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   October 25, 2013<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant MOSES PULIDO-AGUILAR; Michael B. Bigelow, Counsel for Defendant DAVID MARTINELLI; Hayes Gable, Counsel for Defendant GABINO CUEVAS-HERNANDEZ; John R. Manning, Counsel for Defendant RONALD REEVES; Dan F. Koukol, Counsel for Defendant ARTEMIO AGUILAR; and Carl E. Larson, Counsel for Defendant JUAN SILVA; that the status conference scheduled for October 25, 2013, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 10, 2014, at 9:00 a.m. for further status conference.  Defense counsel require additional time to review discovery, conduct additional investigation, and confer with their respective clients.  Furthermore, the parties anticipate forthcoming plea agreements

10/24/13

1 as to the remaining defendants, requiring additional time for counsel to confer with their
2 respective clients.
3     IT IS FURTHER STIPULATED that time within which the trial of this case must
4 be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded
5 from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-
6 4), and that the ends of justice served in granting the continuance and allowing the
7 defendant further time to prepare outweigh the best interests of the public and the
8 defendant to a speedy trial.

DATED:   October 22, 2013          /S/    Justin Lee_____
                                   BENJAMIN B. WAGNER
                                   by JUSTIN LEE
                                   Attorney for Plaintiff

DATED:   October 22, 2013          /s/    Clemente M. Jiménez_____
                                   CLEMENTE M. JIMÉNEZ
                                   Attorney for Moses Pulido-Aguilar

DATED:   October 22, 2013          /s/    Michael B. Bigelow_____
                                   MICHAEL B. BIGELOW
                                   Attorney for David Martinelli

DATED:   October 22, 2013          /s/    Hayes H. Gable_____
                                   HAYES H. GABLE
                                   Attorney for Gabino Cuevas-Hernandez

DATED:   October 22, 2013          /s/    John R. Manning_____
                                   JOHN R. MANNING
                                   Attorney for Ronald Reeves

DATED:   October 22, 2013          /s/    Dan F. Koukol_____
                                   DAN F. KOUKOL
                                   Attorney for Artemio Aguilar

DATED:   October 22, 2013          /s/    Carl E. Larson_____
                                   CARL E. LARSON
                                   Attorney for Juan Silva

10/24/13

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 25, 2013, at 9:00 a.m., be vacated and the matter continued to January 10, 2014, at 9:00 a.m., for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

10/24/13