JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE AGUILAR-MADRIZ, et al.<br><br>    Defendants. | No. CR-S-11-365-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>Date:  February 28, 2014<br>Time:  9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Ronald Reeves, John R. Manning, Esq., and counsel for defendant Gabino Cuevas-Hernandez, Hayes H. Gable, III, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on January 10, 2014.

2. By this stipulation, the defendants now move to continue the status conference until February 28, 2014 and to exclude time between January 10, 2014 and February 28, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).  Defendants David Martinelli, Juan Silva, and Moses Puledo Aguilar wish to remain on the calendar.

3. The parties agree and stipulate, and request the Court find the following:

   a. Counsel for the defendants need additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

   b. Currently the discovery in this case includes 129 pages and two video DVDs.

   c. Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. The Government does not object to the continuance.

   e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

   f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of January 10, 2014 to February 28, 2014, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 7, 2014                                         /s/ John R. Manning
                                                               JOHN R. MANNING
                                                               Attorney for Defendant
                                                               Ronald Reeves

Dated: January 7, 2014                                         /s/ Hayes H. Gable
                                                               HAYES H. GABLE
                                                               Attorney for Defendant
                                                               Gabino Cuevas-Hernandez

Dated: January 7, 2014                                         Benjamin B. Wagner
                                                               United States Attorney

                                                      by:      /s/ Justin Lee
                                                               JUSTIN LEE
                                                               Assistant U.S. Attorney

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 7, 2014


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3