JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-365-GEB |
| Plaintiff, | ) STIPULATION REGARDING ) EXCLUDABLE TIME PERIODS |
| v. | ) UNDER SPEEDY TRIAL ACT; ) [PROPOSED] FINDINGS AND ORDER |
| RONALD REEVES, | ) ) Date:   July 11, 2014 ) Time:   9:00 a.m. |
| Defendant. | ) Judge:  Honorable Garland E. Burrell, Jr. |

The United States of America through its undersigned counsel, Justin Lee, Assistant United States Attorney, together with counsel for defendant Ronald Reeves, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on June 6, 2014.

2. By this stipulation, the defendant now moves to continue the status conference until July 11, 2014 and to exclude time between June 6, 2014 and July 11, 2014 under the Local CodeT-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

a. Counsel for the defendant needs additional time to review the discovery, conduct investigation, and continue negotiations with prosecution in an effort to reach a resolution.

b. Currently the discovery in this case includes 129 pages and two video DVDs.

c. Counsel for the defendant has recently provided the government with numerous documents relating to the defendant. The government needs time to review the material and the parties need additional time to discuss a plea agreement.  Additional time is also necessary to: meet with the defendant to review the anticipated proposed agreement; discuss statutory and USSG implications associated with the agreement; discuss consequences associated with a guilty plea (or verdict); discuss possible defenses; discuss trial scenarios; and, options going forward. Additionally, based on conversations between myself and counsel for the government, it is anticipated a draft plea agreement will be provided shortly.

d. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The Government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of June 6, 2014 to July 11, 2014, inclusive, is deemed excludable pursuant to 18 United States

Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 3, 2014  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Ronald Reeves

Dated: June 3, 2014  Benjamin B. Wagner
United States Attorney

by:  /s/ Justin Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 4, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

3