JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-365-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | SENTENCING |
| | ) | |
| RONALD REEVES, | ) | |
| | ) | Date:   February 20, 2015 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| | ) | |
| | ) | |
| | ) | |

The parties hereby stipulate the following:

1.  Judgment and sentencing in this matter is presently set for December 5, 2014.
    Counsel for the parties request the date for judgment and sentencing be continued to
    February 20, 2015 at 9:00 a.m.  Counsel for Mr. Reeves needs additional time to meet
    with Mr. Reeves, schedule interview with probation, review the anticipated PSR; and,
    discuss the findings and recommendations therein.  Assistant U.S. Attorney Justin
    Lee and USPO Lisa Hage have been advised of this request and have no objection.
    The parties requests the Court adopt the following schedule pertaining to the
    presentence report:

    **Judgment and Sentencing date:**                              **2/20/15**

Reply, or Statement of Non-Opposition:                2/13/15

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:    2/6/15

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                1/30/15

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:                                 1/23/15

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:                1/9/15


    IT IS SO STIPULATED.

Dated: November 18, 2014                    /s/  John R. Manning
                                            JOHN R. MANNING
                                            Attorney for Defendant
                                            Ronald Reeves


Dated: November 19, 2014                    Benjamin B. Wagner
                                            United States Attorney

                                    by:     /s/ Justin Lee
                                            JUSTIN LEE
                                            Assistant U.S. Attorney


                          **ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  November 20, 2014




_____
GARLAND E. BURRELL, JR.
Senior United States District Judge