JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RONALD REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-365-GEB |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT SENTENCING |
| v. | ) ) | |
| RONALD REEVES, | ) ) | Date:  June 5, 2015 |
| Defendant. | ) ) | Time:  9:00 a.m. Judge: Garland E. Burrell, Jr. |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for April 17, 2015. Counsel for the parties request the date for judgment and sentencing be continued to June 5, 2015 at 9:00 a.m. Counsel for Mr. Reeves needs additional time to meet with Mr. Reeves, review the PSR; and, discuss the findings and recommendations therein. Assistant U.S. Attorney Justin Lee and USPO Hugo Ortiz have been advised of this request and have no objection. The parties requests the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                                  **6/5/15**

Reply, or Statement of Non-Opposition:                                           5/29/15

1

|  |  |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/22/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 5/15/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 5/8/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | n/a |

IT IS SO STIPULATED.

Dated: March 18, 2015                             /s/  John R. Manning
                                                                 JOHN R. MANNING
                                                                 Attorney for Defendant
                                                                 Ronald Reeves


Dated:  March 19, 2015                          Benjamin B. Wagner
                                                                 United States Attorney

                                              by:      /s/  Justin Lee
                                                                 JUSTIN LEE
                                                                 Assistant U.S. Attorney


### ORDER

IT IS SO FOUND AND ORDERED.

Dated: March 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge